# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 19, 2023

## NO. 03-22-00103-CV

**Joseph Maurice Gilmore and Renee Le Doux Gilmore, Appellants**

**v.**

**Kathy Kramer, John Woodworth, Sr., and Jessica Ricotta, Appellees**

**APPEAL FROM THE COUNTY COURT AT LAW OF BURNET COUNTY
BEFORE JUSTICES BAKER, KELLY, AND THEOFANIS
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the order signed by the trial court on February 17, 2022. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.